IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM E. BERLIN,

    Petitioner,

  v.

Case No. 16-cv-68-wmc

LANCE WIERSMA, Administrator,
Department of Corrections, Division of
Community Corrections,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Lance Wiersma denying petitioner William E. Berlin's petition for writ of habeas corpus under 28 U.S.C. § 2241 and § 2254 and dismissing this case.

/s/                                                                               4/1/2019

Peter Oppeneer, Clerk of Court                               Date